

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Joe Ed Winfree
Chairman of Committee No. 3
Judiciary and Uniform Laws Committee
House of Representatives
48th Legislature
Austin, Texas

Dear Mr. Winfree:              Opinion No. O-3930
                               Re: Constitutionality of H.B. 391

        As requested in your letter of February 27, 1943,
we have examined House Bill No. 391, pending before your Com-
mittee, which Bill proposes to establish coordinated county
child welfare advisory councils in the various counties of
this State for the purpose of assisting and advising local
judicial, administrative, and educational authorities in
preventing increase of juvenile delinquency and solving the
child welfare problem in each county of the State.

        Your letter suggests that we consider the constitu-
tionality of this measure, as well as its legality, if it
conflicts with present laws.

        Our examination of the Bill discloses no constitutional
objections thereto. Insofar as the legality of the Bill is
concerned, and the matter of conflict of the provisions there-
with with any existing laws, you are respectfully advised that
any provisions of this measure which may conflict with existing
laws will not effect the legality thereof. In other words,
insofar as this measure may conflict with the existing laws, if
any such conflict exists, House Bill No. 391, being the latest
expression of the Legislative Will, will control and the existing
laws, to the extent of the conflict, will be repealed.

                                        Yours very truly

                                ATTORNEY GENERAL OF TEXAS

APPROVED MAR 1, 1943

Gerald C. Mann

                                By (signed)
ATTORNEY GENERAL OF                     R. W. Fairchild
TEXAS                                   Assistant

        RWF:pm
        RWF:pm

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT